**Order entered October 7, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00874-CR

**DONTE KATRALL NELSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-18108-R**

## ORDER

The Court has before it appellant's October 3, 2016 "motion to supplement the record on appeal and to hold the briefing schedule in abeyance." In the motion, appellant states he requested the reporter's record on July 27, 2016 but the court reporter has not filed a reporter's record of his guilty plea in front of the trial court. He asks this Court to order the court reporter to supplement the record with the transcript of his guilty plea.

We **GRANT** appellant's motion in part and **ORDER** court reporter Joseph Phillips to file, within **FIFTEEN DAYS** of the date of this order, a supplemental reporter's record of appellant's guilty plea entered in front of the trial court. If no such record exists, court reporter Joseph Phillips shall certify the same in writing to this Court.

We **DENY** appellant's motion to the extent he asks us to "hold the briefing schedule in abeyance."  Appellant's brief shall be due thirty days after the court reporter files either the supplemental reporter's record or the written certification that no record exists.  *See* TEX. R. APP. 38.6(a)(2).


/s/     LANA MYERS
        JUSTICE